**MEMO ENDORSED**

**ROBERT MARINELLI**
ATTORNEY AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

July 5, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-5-11

By Fax (212)805-7919
The Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re: *Thomas v. City of New York*, 11 CV 01188 (LBS) (DF)

Your Honor:

  I represent the plaintiff in this civil rights action alleging police misconduct. I write to supplement my letter dated June 30, 2011 requesting a brief extension of time to serve the defendants in this action.

  This case was filed on February 22, 2011 and involves an incident that occurred on October 22, 2010. Thus, there is no statute of limitations issue implicated in plaintiff's request.

  This administrative oversight was caused by the departure of my longtime legal assistant. In the transition, certain errors were made, including my failure to serve the parties in this case. There are now mechanisms in place to make certain that such errors do not occur.

  If granted permission, I intend to promptly arrange for service of the defendants and respectfully request that the Court grant a two-week extension from today, until July 14, 2011, for plaintiff to effect service pursuant to Rule 4(m).

  I thank the Court for its consideration of this request.

                Respectfully,

                Robert Marinelli

*Endorsement*

The Court exercises its discretion to grant an extension until July 14, 2011 for plaintiff to effect service.

So ordered.

/s/ Sand
**MEMO ENDORSED**